# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CELESTAN RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4963** |
| **SCOTT TUBB – OFFICE OF PROBATION AND PAROLE, ET AL.** | **SECTION: "G"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that plaintiff's claims against Scott Tubb are dismissed with prejudice to their being asserted again until the *Heck* conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's claims against Judge Kim Jones are dismissed with prejudice as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

**NEW ORLEANS, LOUISIANA,** this 25th day of August, 2017.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**